IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
          Plaintiff,

v.

SUSAN BROCKMAN,

          Defendant.

ORDER FOR RESTITUTION

11-cr-026-wmc

---

On October 18, 2011, defendant was sentenced to a 6-month term of imprisonment in case number 11-CR-26. At the time of the sentencing hearing, restitution was unable to be determined. Subsequent information has been received which makes that restitution determination possible.

As to count one of the information, IT IS ORDERED that the defendant pay restitution in the amount of $5,220,387.69 to the Clerk of Court for the Western District of Wisconsin to be disbursed as indicated in Appendix A. The restitution obligation is to be paid jointly and severally with David R. Scholfield or any others convicted in connection with the fraudulent scheme.

Defendant does not have the economic resources to allow her to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), she is to begin making nominal payments of a minimum of $250 each month, beginning within 30 days of defendant's release from custody.

1

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on October 18, 2011.

Entered this 6th day of January, 2012.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge